# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

DONTARIS THOMAS                                                    PLAINTIFF

V.                          CASE NO. 2:17-CV-183-BSM-BD

MIKE BARSHANE, et al.                                             DEFENDANTS

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections:

This Recommended Disposition ("Recommendation") has been sent to Chief

Judge Brian S. Miller. You may file written objections to this Recommendation. If you

file objections, they must be specific and must include the factual or legal basis for your

objection.

Your objections must be received in the office of the United States District Court

Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge

Miller can adopt this Recommendation without independently reviewing the record. By

not objecting, you may also waive any right to appeal questions of fact.

### II.    Discussion:

Plaintiff Dontaris Thomas, who is currently held at the Cross County Detention

Center, filed this civil rights lawsuit on October 11, 2017. (Docket entry #1) He was

ordered to submit a completed application to proceed *in forma pauperis* (IFP) or pay the

filing fee within 30 days of October 12, 2017. (#2) To date, Mr. Thomas has failed to

comply with the Court's October 12, 2017 Order, and the time for doing so has passed.

The Court specifically cautioned Mr. Thomas that his claims would be dismissed if he failed to address the filing fee requirement. (#2)

## III.     Conclusion:

The Court recommends that Mr. Thomas's claims be DISMISSED, without prejudice, based on his failure to submit an application to proceed IFP or, in the alternative, to pay the statutory filing fee.

IT IS SO ORDERED, this 14th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE