IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONTARIS THOMAS                                                                    PLAINTIFF

v.                           CASE NO. 2:17-CV-00183 BSM

MIKE BARSHANE, et al.                                                          DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 3] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been submitted. After careful consideration, the recommended disposition is adopted in its entirety. Accordingly, plaintiff Dontaris Thomas's claims are dismissed without prejudice for failure to comply with the October 12, 2017, order directing him to pay an initial filing fee or submit an application to proceed *in forma pauperis*.

IT IS SO ORDERED this 2nd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE