IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DONTARIS THOMAS**                                                                         **PLAINTIFF**

v.                  **CASE NO. 2:17-CV-00183 BSM**

**MIKE BARSHANE, et al.**                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE